IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BELKYS IVELISSE VALVERDE RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 19-657 |

**O R D E R**

AND NOW, this 28th day of October, 2019, upon consideration of Plaintiff's brief (Doc. 11), Defendant's unopposed Motion to Remand (Doc. 20), and the administrative record (Doc. 9), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED, and the case is REMANDED to Defendant for further administrative proceedings. Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an administrative law judge to further revaluate Plaintiff's claim.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.